UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN ARMSTRONG, | ) | CASE NO.  4:08CV1160 |
| | ) | |
| PLAINTIFF, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| V. | ) | |
| | ) | |
| DENNIS WATKINS, *et al.*, | ) | MEMORANDUM OPINION AND |
| | ) | ORDER |
| DEFENDANTS. | ) | |

On May 16, 2008, this Court issued an order assigning this case to Magistrate Judge James S. Gallas for general pretrial supervision. (Dkt. # 3). On July 2, 2009, Magistrate Judge Gallas issued a Report and Recommendation (Dkt. # 29), recommending that the court grant Defendant's Motion for Summary Judgment (Dkt. # 22), enter judgment in favor of Defendants, and that the instant case be dismissed with prejudice.

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with Magistrate Judge Gallas' recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

1

Therefore, the Report and Recommendation of Magistrate Judge Gallas is hereby **ADOPTED**. (Dkt. # 29). Accordingly, Defendant's Motion for Summary Judgment is **GRANTED**. (Dkt. # 22). The instant case is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus – August 11, 2009**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**